# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, K.J. BRUBAKER, T.P. BELSKY**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**GORDON E. RHODES**
**CHIEF ENGINEMAN (E-7), U.S. NAVY**

**NMCCA 201400325**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 17 April 2014.
**Military Judge:** CDR William Luken, JAGC, USN.
**Convening Authority:** Commander, Navy Region Mid-Atlantic, Norfolk, CA.
**Staff Judge Advocate's Recommendation:** CDR S.J. Gawronski, JAGC, USN.
**For Appellant:** Maj John Stephens, USMC.
**For Appellee:** Mr. Brian Keller, Esq.

**9 April 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court